no $ paid

# U.S. DISTRICT COURT
# WESTERN DISTRICT
# OF
# LOUISIANA
## ~~SHREVEPORT~~ LAFAyette DIVISION

5:18-cv-0928

RECEIVED

JUL 13 2018

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

R. CEASAR

VERSUS

City of Opelousas
City Clerk - MS. Lisa X.

Deputy CLERK:_____

DOCKET #
18-CV-____

JUDGE:_____

MAGistrate
JUDGE _____

DATE FILED:_____

## COMPLAINT

NOW INTO THE COURT, comes plaintiff with civil rights wrong suffered at hand's of City of Opelousas Clerk defendant, and Avers that:

1.

MS. Lisa violated plaintiff's right to due process of law under the U.S. Constitution concerning city water payments disputes, plaintiff's good name. ( 1 ) She Also publicly slandered

2.

Plaintiff complained months ago, more particularly since March 2018, that he was wrongfully billed for services by the Opelousas Water Department and received nothing in return; because the City cut his water off for 2 months while he was out of state.

3.

Ms. Walker insisted that the City can & will bill Mr. Ceasar for water even though he absolutely had no access to water or sewage due to City's cut-off the latter part of Dec. 2017 to about 1st of March 2018. UNCONSIONABLE!

4.

Multiple pleas to Ms. Walker, mayor, and city council in June 2018 fell on deaf ears and Mr. Ceasar's recent move & last bill indicates no refund for he received a $9.00 check instead of deduction only for last billing only. Thus, city has stolen plaintiffs funds and allows no greivance procedure to recover!

Therefore, plaintiff prays that this honorable court awards compensatory damages of $125,000 and punitive damages of $75,000 and all attorney fees and court cost; also for public Libel, Slander and Defamation of character in June 2018 by publicly giving out false & libelous information to public coupled... This the 10th day of July, 2018, P.O. Box 1281 Opelousas, LA 70571 Respectfully submitted by Dr. R. Ceasar, Ph 225-328-4584

## certificate

I, DR. R. CEASAR, do hereby certify that a courtesy copy of the afore-mentioned pleading has been served upon all pertinent parties by depositing same in U.S. mail, postage prepaid.

This the 10th day of Our Lord, July, 2018.

Respectfully submitted by:

DR. R. Ceaser

P.O. Box 1281

Opelousas, LA 70571

Telephone: (225)328-4515

email: rrceas1@yahoo.com